[No. 64964-7-I.  Division One.  October 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN PINGLE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00153-0, James E. Warme, J., entered June 17, 2008. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 38660-7-II.  Division Two.  October 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. AUGUSTUS M. OAKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-02068-5, Susan Serko, J., entered December 12, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 38666-6-II.  Division Two.  October 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE TEMANAHA SAMUELA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05471-7, Thomas Felnagle, J., entered December 5, 2008. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 38773-5-II.  Division Two.  October 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA A. BROEKE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00419-8, John P. Wulle, J., entered January 14, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Worswick, JJ.